Opinion by HARALSON, J.

---

# Englehardt v. Edwards.

APPEAL from Montgomery Circuit Court.

Tried before the Hon. JOHN R. TYSON.

A. A. WILEY and W. S. THORINGTON, for appellants.

J. G. WINTER, *contra*.

This was a statutory action of ejectment, brought by the appellees against the appellant to recover certain specifically described land.

There was judgment for the plaintiff and the defendant appeals. Affirmed.

Opinion by BRICKELL, C. J.